UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH FESSALE and MITZIE SIMON,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK, SGT. EDWARD BABINGTON,
SGT. BADILLO, P.O. MARK BEELITZ, P.O. MEHMOOD,
P.O. DIXON, P.O. DAUGHTRY, P.O. JOSEPH, and LT.
ORTLIEB,

                              Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

11 CV 894 (KAM) (VVP)

        WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice.

Dated: August 1, 2012
       New York, New York

CHIDE EZE, ESQ.
*Attorney for Plaintiffs*
225 Livingston Street, 4th Floor
Brooklyn, New York 11217

By: _____
    Chide Eze, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Room 173A
New York, New York 10007

By: _____
    Alexandra Corsi

SO ORDERED: s/KAM
_____
KIYO A. MATSUMOTO, U.S.D.J.

dated: August 2, 2012

5